**952 HARBAUGH vs. CIRCUIT JUDGE (Wayne), 32 M., 258.**

To require respondent to settle and sign a bill of exceptions.

Denied June 15, 1875.

Appellant had prepared a bill of exceptions and submitted the same for settlement. After some controversy and oral amendments counsel for the adverse party presented an entirely new bill as a substitute, which the court against objection signed.

Held, that while the course pursued was irregular and an abuse

of discretion, the bill signed presented substantially all the questions sought to be raised by appellant.